1  Cyrus Safa
   Nevada Bar No: 13241
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: Rohlfing.office@rohlfinglaw.com
5
   Gerald M. Welt
6  Attorney at Law:  1575
   411 E. Bonneville Avenue, #505
7  Las Vegas, NV 89101
   Tel.: (702) 382-2030
8  Fax:  (702) 684-5157
   E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com
9  LINDA J. SUICA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA J. SUICA | Case No.: 2:20-cv-00853-BNW |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Linda J. Suica and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 10 days from January 11, 2021 to January 21, 2021 for Plaintiff to file a motion for reversal and/or remand, with all other dates in the Court's order extended accordingly. This is Plaintiff's first

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Within the last two weeks, an attorney at Counsel's firm who is a member of the United States Naval Reserve, has been called to active duty. Due to the relatively short notice, Counsel has dedicated time in the last few days to helping with the reassignment of cases internally. As a result, Counsel requires additional time to competently complete the briefing of this matter.

DATE: January 11, 2021        Respectfully submitted,
                              LAWRENCE D. ROHLFING

                              /s/ *Cyrus Safa*
                          BY: _____
                              Cyrus Safa
                              Attorney for plaintiff Ms. Linda J. Suica


DATE:  January 11, 2021       NICHOLAS A. TRUTANICH
                              United States Attorney


                              /s/ *Allison J. Cheung*
                          BY: _____
                              Allison J. Cheung
                              Special Assistant United States Attorney
                              Attorneys for defendant Andrew Saul
                              Commissioner of Social Security
                              |*authorized by e-mail|

IT IS SO ORDERED


DATE: January 15, 2021.   _____
                          THE HONORABLE BRENDA WEKSLER
                          UNITED STATES MAGISTRATE JUDGE